Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−17913−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles G. O'Shea
1507 Valley Drive
Belmar, NJ 07719

Pamela A. O'Shea
1507 Valley Drive
Belmar, NJ 07719

Social Security No.:
  xxx−xx−4961

                             xxx−xx−6184

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 10, 2022.

Dated: January 10, 2022
JAN: dmi

                                               Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-17913-CMG

Charles G. O'Shea                                                                         Chapter 13

Pamela A. O'Shea

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: plncf13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles G. O'Shea, Pamela A. O'Shea, 1507 Valley Drive, Belmar, NJ 07719-3929 |
| 519327530 | + | Christopher O'Shea, 1507 Valley Drive, Belmar, NJ 07719-3929 |
| 519327531 | + | Citibank, PO Box 70272, Philadelphia, PA 19176-0272 |
| 519327535 | | NY Life Vis First Bankcard, PO Box2557, Omaha, NE 68103-2557 |
| 519327537 | | People's United Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 519327538 | | Proper Funding LLC/ Velocity Inv. LLC, c/o Asset Recovery Solutions, LLL, 2200 E. Devon Ave. Ste 200, Des Plaines, IL 60018-4501 |
| 519327540 | + | RWJ/Barnabas Health, Fidelity Brokerage Service, 900Salem Street, Smithfield, RI 02917-1243 |
| 519327541 | + | Seabrook House Inc, 133 Polk Lane, Bridgeton, NJ 08302-5905 |
| 519327543 | + | US Bank NA d/b/a Elan Financial Svcs., c/o Zwicker & Associates, P.C., 1020 Laurel Oak Road Ste. 303, Voorhees, NJ 08043-3518 |
| 519327544 | | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |
| 519327545 | + | Valley National Bank, PO 953, Wayne, NJ 07474-0953 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519327527 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 10 2022 20:47:00 | Affinity Federal Credit Union, 73 Mountainview Blvd, Basking Ridge, NJ 07920-2332 |
| 519327532 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2022 20:47:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 519327528 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:18 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519327529 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 10 2022 20:54:08 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519331402 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2022 20:54:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519348650 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2022 20:54:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519333496 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2022 20:54:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519327534 | | Email/Text: signed.order@pfwattorneys.com | Jan 10 2022 20:47:00 | Discover, c/o Pressler Felt & Warshw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519327533 | | Email/Text: signed.order@pfwattorneys.com | Jan 10 2022 20:47:00 | Discover, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |

District/off: 0312-3          User: admin          Page 2 of 3

Date Rcvd: Jan 10, 2022          Form ID: plncf13          Total Noticed: 32

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519336769 | | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519443673 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519354528 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2022 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519327536 | + | Email/Text: clientservices@credit-control.com | Jan 10 2022 20:47:00 | PayPal Credit, c/o Credit Control LL, 5757 Phantom Drive Ste 330, Hazelwood, MO 63042-2429 |
| 519446551 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519327539 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 10 2022 20:48:00 | Rocket Mortgage, LLC, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519462955 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 10 2022 20:48:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519327542 | | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:11 | Synchronoy Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519328811 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519357991 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 10 2022 20:47:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3                          User: admin                                    Page 3 of 3

Date Rcvd: Jan 10, 2022                       Form ID: plncf13                               Total Noticed: 32

Eugene D. Roth

        on behalf of Debtor Charles G. O'Shea erothesq@gmail.com

Eugene D. Roth

        on behalf of Joint Debtor Pamela A. O'Shea erothesq@gmail.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5