| Office Mailing Address:<br>Albert Russo, Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853 | Send Payments **ONLY** to:<br>Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |
|---|---|

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-17913 / CMG**

| | |
|---|---|
| Charles G. O'Shea<br>Pamela A. O'Shea | Petition Filed Date: 10/11/2021<br>341 Hearing Date: 11/18/2021<br>Confirmation Date: 01/05/2022 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/18/2021 | $802.00 | 80904650 | 12/28/2021 | $802.00 | 81635420 | 01/05/2022 | $385.00 | 81916180 |
| 01/19/2022 | $1,187.00 | 82187580 | 02/02/2022 | $1,187.00 | 82489170 | | | |

**Total Receipts for the Period: $4,363.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,363.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles G. O'Shea | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»»  AMD DISCLOSURE 12/21/21 | Attorney Fees | $2,375.00 | $1,469.26 | $905.74 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,777.59 | $0.00 | $4,777.59 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,623.42 | $0.00 | $2,623.42 |
| 3 | DISCOVER BANK | Unsecured Creditors | $6,930.74 | $0.00 | $6,930.74 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2012 HONDA CR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | Valley National Bank<br>»»  2016 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $3,114.97 | $0.00 | $3,114.97 |
| 7 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $5,600.83 | $0.00 | $5,600.83 |
| 8 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,643.57 | $0.00 | $1,643.57 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $3,438.11 | $0.00 | $3,438.11 |
| 10 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,156.61 | $0.00 | $7,156.61 |
| 11 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/1507 VALLEY DR/1ST MTG | Mortgage Arrears | $221.04 | $0.00 | $221.04 |

**Chapter 13 Case No. 21-17913 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,363.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,469.26 | Current Monthly Payment: | $1,187.00 |
| Paid to Trustee: | $366.50 | Arrearages: | ($1,187.00) |
| Funds on Hand: | $2,527.24 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

