| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-17913 / CMG**

Charles G. O'Shea
Pamela A. O'Shea

Petition Filed Date: 10/11/2021
341 Hearing Date: 11/18/2021
Confirmation Date: 01/05/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | $385.00 | 81916180 | 01/19/2022 | $1,187.00 | 82187580 | 02/02/2022 | $1,187.00 | 82489170 |
| 03/07/2022 | $1,187.00 | 83221860 | 04/18/2022 | $1,187.00 | 83976470 | 05/05/2022 | $1,187.00 | 84490490 |
| 06/10/2022 | $1,187.00 | 85188770 | 07/11/2022 | $1,187.00 | 85768220 | 08/04/2022 | $1,187.00 | 86304000 |
| 09/14/2022 | $1,187.00 | 87073380 | 09/26/2022 | $1,187.00 | 87287760 | 11/02/2022 | $1,187.00 | 88040130 |
| 12/02/2022 | $1,187.00 | 88599490 | 01/04/2023 | $1,187.00 | 89196190 | 02/08/2023 | $1,187.00 | 89868890 |
| 03/02/2023 | $1,187.00 | 90297130 | | | | | | |

**Total Receipts for the Period: $18,190.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,794.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles G. O'Shea | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene Roth, Esq.<br>»» AMD DISCLOSURE 12/21/21 | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,777.59 | $1,814.78 | $2,962.81 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,623.42 | $996.51 | $1,626.91 |
| 3 | DISCOVER BANK | Unsecured Creditors | $6,930.74 | $2,632.66 | $4,298.08 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2012 HONDA CR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | Valley National Bank<br>»» 2016 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $3,114.97 | $1,183.23 | $1,931.74 |
| 7 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $5,600.83 | $2,127.49 | $3,473.34 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,643.57 | $624.31 | $1,019.26 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PROSPER FUNDING LLC/WEBBANK | Unsecured Creditors | $3,438.11 | $1,305.97 | $2,132.14 |
| 10 | LVNV FUNDING LLC<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $7,156.61 | $2,718.46 | $4,438.15 |
| 11 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/1507 VALLEY DR/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |

**Chapter 13 Case No. 21-17913 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,794.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $15,999.45 | Current Monthly Payment: | $1,187.00 |
| Paid to Trustee: | $1,591.47 | Arrearages: | ($1,572.00) |
| Funds on Hand: | $2,203.08 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

