| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-17913 / CMG**

Charles G. O'Shea
Pamela A. O'Shea

Petition Filed Date: 10/11/2021
341 Hearing Date: 11/18/2021
Confirmation Date: 01/05/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,187.00 | 89196190 | 02/08/2023 | $1,187.00 | 89868890 | 03/02/2023 | $1,187.00 | 90297130 |
| 04/10/2023 | $1,187.00 | 91031550 | 05/11/2023 | $1,187.00 | 91616750 | 06/20/2023 | $1,187.00 | 92302880 |
| 07/18/2023 | $1,187.00 | 92795730 | 08/21/2023 | $1,187.00 | 93365270 | 09/18/2023 | $1,187.00 | 93865880 |
| 10/23/2023 | $1,187.00 | 94450640 | 11/22/2023 | $1,187.00 | 94958150 | 12/14/2023 | $1,187.00 | 95321640 |
| 01/05/2024 | $1,187.00 | 95673450 | | | | | | |

**Total Receipts for the Period: $15,431.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,664.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles G. O'Shea | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene Roth, Esq.<br>»»  AMD DISCLOSURE 12/21/21 | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,777.59 | $3,302.70 | $1,474.89 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,623.42 | $1,813.55 | $809.87 |
| 3 | DISCOVER BANK | Unsecured Creditors | $6,930.74 | $4,791.15 | $2,139.59 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2012 HONDA CR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | Valley National Bank<br>»»  2016 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $3,114.97 | $2,153.35 | $961.62 |
| 7 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $5,600.83 | $3,871.80 | $1,729.03 |
| 8 | LVNV FUNDING LLC<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,643.57 | $1,136.18 | $507.39 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC/WEBBANK | Unsecured Creditors | $3,438.11 | $2,376.73 | $1,061.38 |
| 10 | LVNV FUNDING LLC<br>»»  SYNCHRONY/PAYPAL | Unsecured Creditors | $7,156.61 | $4,947.27 | $2,209.34 |
| 11 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/1507 VALLEY DR/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |

**Chapter 13 Case No. 21-17913 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,664.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $26,988.77 | Current Monthly Payment: | $1,187.00 |
| Paid to Trustee: | $2,498.27 | Arrearages: | ($1,572.00) |
| Funds on Hand: | $2,176.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***! Register today at www.ndc.org or scan this code to get started.**

