Certificate Number: 15317-NJ-DE-038896770

Bankruptcy Case Number: 21-17913



15317-NJ-DE-038896770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2024, at 6:15 o'clock PM PDT, Charles G Oshea completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 23, 2024           By:    /s/Sharmagne Marquez

                                     Name:  Sharmagne Marquez

                                     Title: Credit Counselor