| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles G. O'Shea<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4961<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Pamela A. O'Shea<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6184<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–17913–CMG | | |

## Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles G. O'Shea          Pamela A. O'Shea

1/7/25                                           **By the court:** Christine M. Gravelle
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-17913-CMG
Charles G. O'Shea  Chapter 13
Pamela A. O'Shea
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jan 07, 2025      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles G. O'Shea, Pamela A. O'Shea, 1507 Valley Drive, Belmar, NJ 07719-3929 |
| 519327530 | + | Christopher O'Shea, 1507 Valley Drive, Belmar, NJ 07719-3929 |
| 519327535 | | NY Life Vis First Bankcard, PO Box2557, Omaha, NE 68103-2557 |
| 519327537 | | People's United Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 519327540 | + | RWJ/Barnabas Health, Fidelity Brokerage Service, 900Salem Street, Smithfield, RI 02917-1243 |
| 519327539 | + | Rocket Mortgage, LLC, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519462955 | + | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519327541 | + | Seabrook House Inc, 133 Polk Lane, Bridgeton, NJ 08302-5905 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519327527 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 07 2025 20:46:00 | Affinity Federal Credit Union, 73 Mountainview Blvd, Basking Ridge, NJ 07920-2332 |
| 519327532 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 07 2025 20:45:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 519327528 | | EDI: CAPITALONE.COM | Jan 08 2025 01:32:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519327529 | + | EDI: CAPONEAUTO.COM | Jan 08 2025 01:38:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519331402 | + | EDI: AISACG.COM | Jan 08 2025 01:38:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519348650 | + | EDI: AISACG.COM | Jan 08 2025 01:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519333496 | + | EDI: AIS.COM | Jan 08 2025 01:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519327531 | + | EDI: CITICORP | Jan 08 2025 01:32:00 | Citibank, PO Box 70272, Philadelphia, PA 19176-0272 |
| 519327534 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2025 20:46:00 | Discover, c/o Pressler Felt & Warshw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519327533 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2025 20:46:00 | Discover, c/o Pressler Felt & Warshaw, 7 Entin |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | Road, Parsippany, NJ 07054-5020 |
| 519336769 | | EDI: DISCOVER | Jan 08 2025 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519443673 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2025 20:58:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519354528 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2025 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519327536 | + | Email/Text: correspondence@credit-control.com | Jan 07 2025 20:46:00 | PayPal Credit, c/o Credit Control LL, 5757 Phantom Drive Ste 330, Hazelwood, MO 63042-2429 |
| 519327538 | ^ | MEBN | Jan 07 2025 20:43:05 | Proper Funding LLC/ Velocity Inv. LLC, c/o Asset Recovery Solutions, LLL, 2200 E. Devon Ave. Ste 200, Des Plaines, IL 60018-4501 |
| 519446551 | | EDI: Q3G.COM | Jan 08 2025 01:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519327542 | | EDI: SYNC | Jan 08 2025 01:32:00 | Synchronoy Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519328811 | ^ | MEBN | Jan 07 2025 20:43:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519357991 | | EDI: USBANKARS.COM | Jan 08 2025 01:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519327543 | + | Email/Text: bkfilings@zwickerpc.com | Jan 07 2025 20:47:00 | US Bank NA d/b/a Elan Financial Svcs., c/o Zwicker & Associates, P.C., 1020 Laurel Oak Road Ste. 303, Voorhees, NJ 08043-3518 |
| 519327544 | | EDI: USAA.COM | Jan 08 2025 01:32:00 | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |
| 519327545 | | Email/Text: AKYNAST@VALLEY.COM | Jan 07 2025 20:46:00 | Valley National Bank, PO 953, Wayne, NJ 07474 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Charles G. O'Shea erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Pamela A. O'Shea erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5